UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-205-T-02TGW

JESSE RODRIGUEZ
PHILLIP USCANGA
RAYMY ESCOTO

_____/

SENTENCING MEMORANDUM

The Court files this memorandum concerning sentencing of the above-captioned defendants.

Evidence is set forth in the individual dockets of these defendants and facts were also established at a trial involving three co-conspirators. The evidence established a racketeering enterprise through which these defendants and others conspired to control a geographic territory around 11th Street E. in Oneco, Florida; specifically with a heavily-armed trap house that doubled as a gang headquarters and prostitute/narcotics market of sorts. The enterprise was loosely named "Third Shift" and each of these defendants were members.

At the codefendants' trial a juvenile member of Third Shift testified how he and Jesse Rodriguez shot up a rivals' house nearby on 12/12/15, both

emptying clips into the rivals' house and then returning to the 11th Street trap house.  This event was memorialized in the original indictment.  Dkt. 1 at 11.

The trial of codefendants opened with video surveillance from a fist fight at a corner market.  A juvenile member of Third Shift fought a rival gang member, and Mr. Uscanga (in a borrowed red Mustang) provided assistance by driving and picking up the juvenile member and then chasing down the rival gang member in an unsafe car pursuit.  During this pursuit Mr. Uscanga drove the Mustang in a reckless chase of the vehicle in which the rival gang member sought to escape.  Mr. Uscanga maneuvered the red Mustang so his juvenile ally could throw a bottle with great violence into the rival gang member's moving vehicle.  It hit Ashley Bradford, the rival's pregnant wife in the rival's vehicle.  She credibly testified that the bottle assault, car chase, and events of that day precipitated a miscarriage of her pregnancy.

Mr. Uscanga and the juvenile followed the rival gang member to a house of the "Southside" gang.  The defendants thereafter went back to the 11th Street house to gather up Third Shift allies to go shoot at that Southside house where the rival fled.  Trial evidence was that Mr. Uscanga called Mr. Escoto to get Escoto's gun, and they got bullets at the trap house, being careful to wipe them clean as Jordan Rodriguez told them to.

The plan was for Mr. Uscanga (driving) and Mr. Escoto and the juvenile to go back to the rival gang members' house and shoot at people, drawing people out of the house.  It was mid-day.  Then Jordan Rodriguez would follow in another car, and shoot when the people were drawn outside by the Mustang's departure.  The plan worked as expected: Uscanga (driving the Mustang), Escoto (riding in back) and the juvenile drew the rivals out of their house, with the juvenile shooting Escoto's gun.  Then Jordan Rodriguez drove up in a blue car with his cousin Juan Ortiz as passenger and Jordan, shouting an anti-Southside epithet, shot Julio Tellez dead at the rival's house.  He also shot Juan Montoya in the head, who survived.

Shortly thereafter Messrs. Escoto and Uscanga then burned the red Mustang that Uscanga had borrowed from a relative.  They considered the car as evidence of the shooting and sought to destroy it.  This dramatic fire was recorded by a passer-by.  Mr. Escoto, in a black Charger, drove Mr. Uscanga away from the field where the Mustang sat burning up.  A subsequent search of Uscanga's house yielded marijuana bags for sale.

January 17, 2020

    s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**